**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO. 4:26-CR-06 (CDL)** |
| | : | |
| **LOGAN PHILLIPS,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER TO UNSEAL

The Court having read the Motion to Unseal in this matter, and it appearing to the Court that the case should be unsealed,

IT IS ORDERED that the case be unsealed in its entirety.

SO ORDERED this 13th day of March, 2026.

 s/Amelia G. Helmick
AMELIA G HELMICK
UNITED STATES MAGISTRATE JUDGE